**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jameel Al Muthafar,

      Petitioner

v.

Department of Homeland Security, et al.,

      Respondents

Case No.: 2:26-cv-00866-JAD-MDC

**Order Granting Motion and Directing Respondents to File Proof of Release**

[ECF No. 6]

Petitioner Jameel Al Muthafar seeks a writ of habeas corpus directing his release from immigration custody.[1]  On March 24, 2026, I appointed counsel for petitioner and set a deadline for counsel to file an amended petition if one was warranted.[2]  On April 20, 2026—three days before the amended petition was due—petitioner's lawyer filed a motion for an order directing the respondents to provide proof of release.[3]  Counsel represents that she had been attempting to meet with her client via video conference, but a correctional officer at the Nevada Southern Detention Center told her that he had been temporarily released.[4]  On April 10, 2026, counsel for the government represented in an email that the petitioner "was released on an order of supervision,"[5] so petitioner's counsel asked for a copy of the supervision order "or any documents showing that [the petitioner] was released" before filing a motion to dismiss his case. Because the government has not responded, she asks that the federal respondents be required to provide proof of the petitioner's release before the amended-petition deadline.

---

[1] ECF No. 4.

[2] ECF No. 3 at 3.

[3] ECF No. 7 (cleaned up).

[4] ECF No. 6 at 2.

[5] *Id.* at 3.

**Conclusion**

IT IS THEREFORE ORDERED that the petitioner's motion **[ECF No. 6] is GRANTED**. **The federal respondents must file a supplemental brief addressing Jameel Al Muthafar's custody status by April 23, 2026**. If the petitioner has been released, respondents must attach evidence confirming that release (i.e., release documents, an order of supervision, or a declaration by an ICE agent with knowledge of the petitioner's custody status).

IT IS FURTHER ORDERED that the petitioner's obligation to file an amended petition or motion to dismiss is STAYED pending further court order.

_____
U.S. District Judge Jennifer A. Dorsey
April 21, 2026

2